IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**FLORIDA AUTOMOBILE JOINT**
**UNDERWRITING ASSOCIATION,**

    **Plaintiff,**

vs.                                               **CASE NO.: 4:06-CV-546-SPM**

**MILLIMAN, INC. (f/k/a MILLIMAN &**
**ROBERTSON, INC) and**
**METROPOLITAN WEST ASSET**
**MANAGEMENT**,

    **Defendants.**

_____/

**ORDER EXTENDING TIME TO FILE RESPONSE TO MOTION TO DISMISS**

**THIS CAUSE** comes before the Court upon the "Amended Partially Agreed Motion for Extension of Time to Respond" (doc. 9) filed by Plaintiff December 26, 2006, in which Plaintiff requests permission to file a response to Defendants' motion to dismiss by January 10, 2007.  Having reviewed the reasons given in the motion, the Court finds the extension to be reasonable.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion for extension of time (doc. 9) is hereby *granted*.

2.     Plaintiff's response shall be filed on or before ***January 10, 2007.***

**DONE AND ORDERED** this <u>twenty-seventh</u> day of December, 2006.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge