IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA AUTOMOBILE JOINT
UNDERWRITING ASSOCIATION,**

    Plaintiff,

vs.                      Case No. 4:06cv546-WCS

**MILLIMAN, INC. (f/k/a MILLIMAN
& ROBERTSON, INC.) and
METROPOLITAN WEST
ASSET MANAGEMENT,**

    Defendants.
_____/

## ORDER ON DEFENDANT'S MOTION TO STRIKE, DOC. 48

Defendant Metropolitan West Asset Management has filed a motion to strike. Doc. 48. Plaintiff has responded. Doc. 65. For the reasons set forth in the motion to dismiss, doc. 47, MetWest seeks to have stricken all references in the amended complaint to WorldCom bonds. Doc. 48, p. 1. The basis for this motion is without merit as explained in the order entered today denying the motion to dismiss.

Accordingly, it is **ORDERED** that Defendant MetWest's motion to strike, doc. 48, is **DENIED**.

**DONE AND ORDERED** on May 3, 2007.

                              s/   William C. Sherrill, Jr.
                              **WILLIAM C. SHERRILL, JR.
                              UNITED STATES MAGISTRATE JUDGE**